UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARICA KINCHELOE and ALEXANDER CASTRO, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF CHICAGO, BOARD OF TRUSTEES OF THE UNIVERSITY OF CHICAGO, and ANDREW M. ALPER,<br><br>Defendants. | Case No.: 20-cv-03015-CPK<br><br>Honorable Jeremy C. Daniel |

**PLAINTIFFS' MOTION FOR FINAL<br>APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Arica Kincheloe and Alexander Castro (collectively, "Plaintiffs" or "Class Representatives") respectfully move under Fed. R. Civ. P. 23 for an Order granting final approval of the Parties' Settlement,[1] and approving the Settlement Fund Distributions. Defendant does not oppose the relief sought in this Motion.

DATED: March 20, 2024
                                                           Respectfully submitted,

                                                           */s/ Thomas J. McKenna*
                                                           **GAINEY McKENNA & EGLESTON**
                                                           Thomas J. McKenna *(*admitted *Pro Hac Vice)*
                                                           260 Madison Avenue, 22nd Floor
                                                           New York, NY 10016
                                                           Telephone: (212) 983-1300
                                                           Facsimile: (212) 983-0383
                                                           Email: tjmckenna@gme-law.com

                                                           **LYNCH CARPENTER LLP**
                                                           Gary Lynch
                                                           Nicholas Colella

---

[1] Unless otherwise noted, all capitalized terms herein shall have the same meaning as set forth in the Stipulation of Settlement, filed at ECF No. 89-1.

1

113 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
Email: gary@lcllp.com
Email: Nickc@lcllp.com

**LYNCH CARPENTER LLP**
Katrina Carroll
111 West Washington Street, Suite 1240
Chicago, IL 60602
Telephone: (312) 750-1265
Email: katrina@lcllp.com

**LEEDS BROWN LAW, P.C.**
Michael A. Tompkins
Jeffrey K. Brown
Anthony Alesandro
One Old Country Road, Suite 347
Carle Place, NY 11514
Telephone: (516) 873-9550
Email: mtompkins@leedsbrownlaw.com
Email: jbrown@leedsbrownlaw.com
Email: aalesandro@leedsbrownlaw.com

*Co-Lead Interim Class Counsel*

Julie O. Herrera
Steven J. Molitor, Jr.
**LAW OFFICE OF JULIE O. HERRERA**
159 N. Sangamon Street, Suite 200
Chicago, IL 60607
Telephone: (312) 479-3014
Email: jherrera@julieherreralaw.com
Email: smolitor@julieherreralaw.com

*Interim Liaison Counsel for Plaintiffs*

2